PEOPLE v GAST, No. 90643; reported below: (*On Remand*) 186 Mich App 436.

CAVANAGH, C.J., and BRICKLEY, J. We would grant leave to appeal.

PEOPLE v SCHULTE, No. 90671; Court of Appeals No. 120978.

CAVANAGH, C.J. I would grant leave to appeal.

D'AGOSTINO v INGHAM COUNTY, No. 90682; Court of Appeals No. 125621. Reconsideration denied November 26, 1991.

PEOPLE v GISTOVER, No. 91566; reported below: 189 Mich App 44.

GRIFFIN, J. I would grant leave to appeal.

*Reconsideration Granted September 24, 1991:*

PEOPLE v DISBROW, No. 87125. Motion for reconsideration is granted, and the order dated April 24, 1990, 434 Mich 903, is vacated. Application for leave to appeal is being held in abeyance pending decision by the Supreme Court in *People v Hasson,* No. 89662, because the decision in that case may resolve an issue raised in the present application for leave to appeal. Court of Appeals No. 99531.

*Summary Disposition September 24, 1991:*

HARRINGTON v GENERAL MOTORS CORPORATION, No. 90175. In lieu of granting leave to appeal, the case is remanded to the Workers' Compensation Appeal Board for the issuance of a more expansive opinion that will aid in the determination of whether further appellate review is appropriate. MCR 7.302(F)(1). *Kostamo v Marquette Iron Mining Co,* 405 Mich 105 (1979); *Nunn v George A Cantrick Co, Inc,* 113 Mich App 486 (1982). Jurisdiction is retained. Court of Appeals No. 128036.

*Leave to Appeal Denied September 24, 1991:*

PEOPLE v HAVEMAN, No. 88363; Court of Appeals No. 116280.

FLINT v GENERAL MOTORS CORPORATION, No. 89527; reported below: 184 Mich App 340.

CAVANAGH, C.J., and BOYLE and MALLETT, JJ. We would grant leave to appeal.

PEOPLE v IVORY, No. 90254; Court of Appeals No. 109198.

SILOAM LODGE No 35 OF THE FREE AND ACCEPTED MASONS OF MICHIGAN v HESKETT, No. 90470; Court of Appeals No. 109824.

LEVIN, J. I would grant leave to appeal.